# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN W. LAIRD, )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE STANDARD LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | NO. CIV-17-1172-HE |

## ADMINISTRATIVE CLOSING ORDER

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within **thirty (30) days** from the date of this order, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 12th day of September, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE